UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OSCAR RAY BOLIN, JR.,

      Petitioner,

v.                                                              CASE NO. 8:15-cv-2943-T-27MAP

SECRETARY, DEPARTMENT
OF CORRECTIONS,

      Respondent.
_____/

## O R D E R

    **BEFORE THE COURT** is Petitioner's Motion for Stay Pending Appeal (Dkt. 12). This case was dismissed for lack of jurisdiction. The motion is therefore DENIED.[1]

    **DONE AND ORDERED** this 31st day of December, 2015.

                                    JAMES D. WHITTEMORE
                                    United States District Judge

<u>Copy furnished to</u>: Counsel of Record, Eleventh Circuit Court of Appeals

---

[1] A stay of execution could be granted only if Bolin shows that he has a substantial likelihood of success on the merits. *Mann v. Palmer*, 713 F.3d 1306, 1310 (11th Cir. 2013). He cannot make that showing because this court lacks jurisdiction to adjudicate the merits of his petition. Bolin may seek a stay in the Eleventh Circuit. See Eleventh Circuit Rule 22–4(a)(7).,